# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KADEEM R. SMITH [#LJ-6194],     :   No. 13 EAP 2023

         Appellant        :   Appeal from the Order entered on

                           :   February 27, 2023, in the

                           :   Commonwealth Court at No. 457

         v.                :   MD 2022.

                           :

PENNSYLVANIA BOARD OF PROBATION   :
AND PAROLE,

                           :

         Appellee         :

## ORDER

**PER CURIAM**

      **AND NOW,** this 22nd day of November, 2023, the Order of the Commonwealth Court is hereby **AFFIRMED**.